UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALFREDO J. SARARO, III and
CHRISTOPHER J. SARARO,

    Plaintiffs,

v.                                                   Case No.: 2:11-cv-31-FtM-99DNF

U.S. BANK NATIONAL ASSOCIATION,

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Report and Recommendation submitted by Magistrate Judge Douglas N. Frazier (Dkt. #51), recommending that this action be dismissed for failure to prosecute. The Court notes that there were no objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

It is therefore **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation (Dkt. # 51) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion to Dismiss for Lack of Prosecution and Failure to Comply with Court Order (Dkt. #48) is **GRANTED**.

3. Defendant's Supplemental Motion to Dismiss for Lack of Prosecution and Failure to Comply With Court Order (Dkt. #50) is **GRANTED**.

4. This case is dismissed.

5. The Clerk is directed to terminate any pending motions and to close this case.

**DONE** and **ORDERED** in ~~Fort Myers~~ Tampa, Florida on May 29, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record